STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2000

at 12 o'clock and __ __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>FALEPULE MALAUULU,<br><br>    Defendant. | CR. NO. CR00-00219 DAE<br><br>INDICTMENT<br><br>[18 U.S.C. § 495] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 1, 1998, in the District of Hawaii, defendant FALEPULE MALAUULU, with the intent to defraud the United States, did utter and publish as true a writing, that is, United States Treasury check no. 4021 16529694 in the sum of $498.90, with a falsely made and forged endorsement "Siaveave L.

Luafau" on the back, then well knowing the endorsement to be falsely made and forged.

All in violation of Title 18, United States Code, Section 495.

## COUNT 2

The Grand Jury further charges:

On or about July 31, 1998, in the District of Hawaii, defendant FALEPULE MALAUULU, with the intent to defraud the United States, did utter and publish as true a writing, that is, United States Treasury check no. 4021 17174452 in the sum of $498.90, with a falsely made and forged endorsement "Siaveave L. Luafau" on the back, then well knowing the endorsement to be falsely made and forged.

All in violation of Title 18, United States Code, Section 495.

## COUNT 3

The Grand Jury further charges:

On or about December 1, 1998, in the District of Hawaii, defendant FALEPULE MALAUULU, with the intent to defraud the United States, did utter and publish as true a writing, that is, United States Treasury check no. 4019 15068414 in the sum of $498.90, with a falsely made and forged endorsement "Siaveave L. Luafau" on the back, then well knowing the endorsement to be falsely made and forged.

All in violation of Title 18, United States Code, Section 495.

## COUNT 4

The Grand Jury further charges:

On or about February 1, 1999, in the District of Hawaii, defendant FALEPULE MALAUULU, with the intent to defraud the United States, did utter and publish as true a writing, that is, United States Treasury check no. 4019 21974303 in the sum of $504.90, with a falsely made and forged endorsement "Siaveave L. Luafau" on the back, then well knowing the endorsement to be falsely made and forged.

All in violation of Title 18, United States Code, Section 495.

## COUNT 5

The Grand Jury further charges:

On or about March 1, 1999, in the District of Hawaii, defendant FALEPULE MALAUULU, with the intent to defraud the United States, did utter and publish as true a writing, that is, United States Treasury check no. 4019 25378037 in the sum of $504.90, with a falsely made and forged endorsement "Siaveave L. Luafau" on the back, then well knowing the endorsement to be falsely made and forged.

All in violation of Title 18, United States Code, Section 495.

## COUNT 6

The Grand Jury further charges:

On or about April 1, 1999, in the District of Hawaii, defendant FALEPULE MALAUULU, with the intent to defraud the

United States, did utter and publish as true a writing, that is, United States Treasury check no. 4019 28754501 in the sum of $504.90, with a falsely made and forged endorsement "Siaveave L. Luafau" on the back, then well knowing the endorsement to be falsely made and forged.

All in violation of Title 18, United States Code, Section 495.

DATED: May 17, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

USA v. Falepule Malauulu
"INDICTMENT"
Cr. No. _____